IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ELAINE H. SNOW**,                                            3:10-cv-06249-KI

        Plaintiff,                                          JUDGMENT

v.

**MICHAEL J. ASTRUE, Commissioner of
Social Security**,

        Defendant.

    Michael A. Halliday
    Mills Jacobson Halliday, PC
    715 Commercial St. NE
    Salem, OR 97301

        Attorney for Plaintiff

    Dwight C. Holton
    United States Attorney

Page 1 - JUDGMENT

District of Oregon
Adrian L. Brown
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204

Leisa A. Wolf
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

    Dated this   9th   day of September, 2011.

                          /s/ Garr M. King
                          Garr M. King
                          United States District Judge